```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA           :    Hon. Analisa Torres, U.S.D.J.
                                   :
                                   :
v.                                 :    No. 16 Cr. 395
                                   :
                                   :
CHRISTOPHER CAMPOS                 :    ORDER MODIFYING CONDITIONS
                                   :    OF RELEASE
                                   :
                                   :
------------------------------------------------------------x

This matter having come before the Court on the joint application of Defendant Christopher Campos (by his attorney, Lee Vartan, Esq.), and Preet Bharara, United States Attorney for the Southern District of New York (by, Niketh Velamoor, Assistant United States Attorney), and United States Pretrial Services having no objection, for an order amending the conditions of the Defendant's release in the above-captioned matter; for good and sufficient cause shown,

**ORDERED** that the Defendant's conditions of release shall be amended as follows:

    1. Defendant's unrestricted travel shall be expanded to include the Eastern, Middle, and Western Districts of Pennsylvania; and

    2. All other conditions of release imposed by this Court on March 9, 2016 shall remain in full force and effect.

SO ORDERED.

Dated: July 11, 2016
       New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge
                                        for Judge Torres